Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

FILED
U.S. District Court
District of Kansas

AUG 2 8 2018

Clerk, U.S. District Court
By _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
District of _____

_____ Division

Christopher George Ratcliff
&
K.R.
            Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Kansas State High School Activities Associations

USD 305 · c/o Dr. James Hardy
            Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 18-CV-1240-JWB-GEB
(to be filled in by the Clerk's Office)

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed. Both Parties

| | |
|---|---|
| Name | Christopher and K.R. Ratcliff |
| Street Address | 1402 Lorianna Ct. |
| City and County | Salina    Saline County |
| State and Zip Code | Kansas  67401 |
| Telephone Number | 785-309-1401 |
| E-mail Address | chrisratcliff25@yahoo.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Defendant No. 1
- Name: Kansas State High School Activities Association
- Job or Title (if known):
- Street Address: 601 SW Place
- City and County: Topeka   Shawnee County
- State and Zip Code: Kansas 66615-0495
- Telephone Number: 785-273-5329
- E-mail Address (if known): kshsaa@kshsaa.org

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: USD 305
- Job or Title (if known): c/o Dr. James Hardy Superintendent
- Street Address: 1511 Gypsum Ave
- City and County: Salina   Saline County
- State and Zip Code: Kansas 67401
- Telephone Number: 785-309-4727
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction   NA

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

NA

The defendant, (name) _____, is incorporated under
the laws of the State of (name) _____, and has its
principal place of business in the State of (name) _____.
Or is incorporated under the laws of (foreign nation) _____,
and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Christopher Ratcliff is parent guardian of KR. KR has a claim filed with the office of Civil Rights, because of the due process to resolve the civil rights issue in KR's favor it will cause him undo and irrevocable harm if he is not allowed to participate in seasonal activities while the process is resolved.

B. What date and approximate time did the events giving rise to your claim(s) occur?

The events that caused the grievance process took place between January 10, 2018 and August 24, 2018.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

K.R. has a physician documented mental illness with instructions for accommodations. The school Salina South High wrote a plan 504 to meet the needs of the disability that is covered under the American with Disability Act. Salina High School failed to comply with the terms of the 504 Plan and their non compliance to the 504 directly caused the issues at hand.

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

As a high school student the fall season activities only come around 4 times in the school career for KR. Once the OCR determines the true and proper resolution, after their due diligence KR will never be able to regain the lost time and season of participation that would be unjustly robbed from him. No monetary damages can replace this time and exact experience.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I request that the court order demand that Salina High School South, Kansas High School Activities Association to allow KR eligibility for Fall 2018 activities while his due process is being heard and resolved. KR currently has four of the passed classes for eligibility but there are 1 of the 2 classes affected by the non compliance that would place him in good and fair standings with Kansas High School Activities Association effective immediately return KR to full eligibility from Spring 2018 semester results.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/27/2018

Signature of Plaintiff: *Christopher George Ratcliff*
Printed Name of Plaintiff: Christopher George Ratcliff

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

Trial designation Wichita Kansas